**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |  |
|---|---|---|
|  | ) | |
| **EXPORT PACKERS COMPANY LIMITED,** | ) | |
|  | ) | |
| **Plaintiff,** | ) | |
|  | ) | |
| **v.** | ) | **Court No. 22-00189** |
|  | ) | |
| **UNITED STATES,** | ) | |
|  | ) | |
| **Defendant.** | ) | |
|  | ) | |

**ORDER**

Upon consideration of the Consent Motion to Intervene As of Right filed by the American Honey Producers Association and the Sioux Honey Association, it is hereby

**ORDERED** that the Consent Motion to Intervene As of Right is granted; and it is further

**ORDERED** that the American Honey Producers Association and the Sioux Honey Association are Defendant-Intervenors in this action.

_____
Judge

Dated: _____, 2022
　　　　New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| | ) | |
| **EXPORT PACKERS COMPANY LIMITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Court No. 22-00189** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CONSENT MOTION TO INTERVENE AS OF RIGHT

Pursuant to U.S. Court of International Trade ("USCIT") Rules 7(b) and 24(a), the American Honey Producers Association and the Sioux Honey Association (hereinafter "Movants" or "proposed Defendant-Intervenors"), respectfully and timely move this Court for an Order granting Movants leave to intervene as of right as Defendant-Intervenors in the above-captioned action.

## I.    CONSENT OF THE PARTIES

This Motion is made following consultation with and the consent of counsel to Plaintiff and Defendant.  On August 11, 2022, Melissa M. Brewer, counsel to proposed Defendant-Intervenors, sought and obtained consent to this motion from Gregory Husisian, Esq., counsel to Plaintiff, Export Packers Company Limited, and from Andrea C. Casson, Esq., of the U.S. International Trade Commission on behalf of the United States.

## II.    TIMELINESS

This Motion is timely filed under USCIT Rule 24(a)(3) as it is being filed within 30 days after the filing of Plaintiff's Complaint on August 4, 2022 (ECF No. 11).

## III.    DISCUSSION

The statute, 28 U.S.C. § 2631(j), states that a party "who would be adversely affected or aggrieved by a decision in a civil action" pending in this Court may intervene as of right in that action brought under section 516A of the Tariff Act of 1930 ("the Act"), as amended, if that party is an "interested party" who was a "party to the proceeding in connection with which the matter arose." See 19 U.S.C. § 1516a.  Proposed Defendant-Intervenors meet the statutory requirements for intervention as of right in this action.

For purposes of 28 U.S.C. § 2631(j)(1)(B), an "interested party" is defined as having "the meaning given such term in section 771(9) of the Tariff Act of 1930." 28 U.S.C. § 2631(k)(1). In turn, Section 771(9) of the Act provides that "interested party" means, inter alia, "a manufacturer, producer, or wholesaler in the United States of a domestic like product" or "a trade or business association a majority of whose members manufacture, produce, or wholesale a domestic like product in the United States." 19 U.S.C. § 1677(9)(C) & (E).  The individual members of the American Honey Producers Association and the Sioux Honey Association are manufacturers, producers, and/or wholesalers in the United States of the domestic like product like the subject imports of raw honey from the Socialist Republic of Vietnam ("Vietnam") that are covered by the underlying import injury investigation.  Accordingly, Proposed Defendant-Intervenors are interested parties within the meaning of sections 771(9)(C) and (E) and 516A(f)(3) of the Act. See 19 U.S.C. § 1677(9)(C), (E); 19 U.S.C. § 1516a(f)(3).

Moreover, proposed Defendant-Intervenors are interested parties that were parties to the proceeding before the U.S. International Trade Commission ("Commission" or "USITC") that led to the determination being challenged in this action.  The Complaint in this action contests certain factual findings and legal conclusions that resulted in the affirmative finding of critical circumstances regarding imports of raw honey from Vietnam. See Raw Honey From Argentina,

Brazil, India, and the Socialist Republic of Vietnam: Determinations, 87 Fed. Reg. 33,831, 33,831 n.3 (USITC June 3, 2022).  The Commission's views are contained in the following publication:  Raw Honey from Argentina, Brazil, India, and Vietnam, USITC Pub. 5327 (Final) (USITC May 2022).

As petitioners and participants in the proceeding below, proposed Defendant-Intervenors have a strong interest in the resolution of the issues raised in this appeal.  Proposed Defendant-Intervenors are parties that would be adversely affected by a ruling favorable to Plaintiff in this civil action on the aspects of the final determination that this appeal challenges.  Accordingly, pursuant to 28 U.S.C. § 2631(j)(1)(B), proposed Defendant-Intervenors are entities that "would be adversely affected or aggrieved" by the action now pending in this Court, and is each an interested party "who was a party to the proceeding in connection with which the matter arose." Under Rule 24(a) of this Court's Rules and 28 U.S.C. § 2631(j)(1)(B), the American Honey Producers Association and the Sioux Honey Association, therefore, have standing to intervene in this action as a matter of right.

* * *

For the preceding reasons, American Honey Producers Association and the Sioux Honey

Association respectfully request that this Court grant this Consent Motion and allow them to

intervene as Defendant-Intervenors in this civil action.

Respectfully submitted,

/s/ Melissa M. Brewer
KATHLEEN W. CANNON
R. ALAN LUBERDA
MELISSA M. BREWER
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
(202) 342-8400

Counsel to Proposed Defendant-Intervenors
American Honey Producers Association and the
Sioux Honey Association

Dated:  August 11, 2022