UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| EXPORT PACKERS COMPANY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Court No. 22-00189 |

## ORDER

Upon consideration of the Consent Motion to Intervene As of Right filed by the American Honey Producers Association and the Sioux Honey Association, it is hereby

**ORDERED** that the Consent Motion to Intervene As of Right is granted; and it is further

**ORDERED** that the American Honey Producers Association and the Sioux Honey Association are Defendant-Intervenors in this action.

_____
Judge

Dated: _____, 2022
   New York, New York

```
Pursuant to Rule 82(b)(5) the
above motion is Granted.
Date: 8-11-2022
       Clerk of the Court
BY:    JS
       Deputy Clerk
```